Frederick DOPPELT, Arthur I. Caplan and Michael Miller, on behalf of themselves and as representatives of a class of holders of Depository Convertible Exchangeable Preferred Shares, Plaintiffs–Appellants,

v.

PERINI CORPORATION, Defendant–Appellee,

Ronald N. Tutor, Robert Band, Christopher H. Lee, Michael R. Klein, Richard J. Boushka, Peter Arkley, Robert A. Kennedy, Douglas J. McCarron, Nancy Hawthorne, Raymond R. Oneglia, Marshall M. Criser, Arthur J. Fox, Jr., Jane E. Newman, Albert A. Dorman, and John J. McHale, Defendants.

Docket No. 02–7389.

United States Court of Appeals, Second Circuit.

Dec. 20, 2002.

Alan M. Pollack, Pollack & Greene, New York, NY, for Appellants.

Daniel J. Kramer, Paul, Weiss, Rifkind, Wharton & Garrison, New York, NY, for Appellees.

Present JOSÉ A. CABRANES, ROSEMARY S. POOLER and ROBERT A. KATZMANN, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Having reviewed all of the Appellants' contentions on this appeal and finding in them no merit, the judgment of the District Court is AFFIRMED for substantially the reasons stated in its Memorandum and Order, *Doppelt v. Perini*, No. 01 Civ. 4398, 2002 WL 392289 (S.D.N.Y. March 13, 2002).